UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CECIL JEROME HATCHETT,<br><br>        Petitioner,<br><br>    v.<br><br>KEN CLARK,<br><br>        Respondent. | No. 2:19-cv-1159 AC P<br><br>ORDER |

      Petitioner, a state prisoner proceeding pro se, has filed a putative petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma pauperis.

      Examination of the in forma pauperis application reveals that petitioner is unable to afford the costs of suit. Accordingly, the application to proceed in forma pauperis, see ECF No. 5 (see also ECF No. 8) will be granted. See 28 U.S.C. § 1915(a).

      Under Rule 4 of the Rules Governing Section 2254 Cases, this court is required to conduct a preliminary review of all petitions for writ of habeas corpus filed by state prisoners. Review of the instant petition indicates that petitioner appears to be challenging a prison disciplinary matter. However, the petition is confusing at best. Petitioner will be required to submit an amended petition on the form provided by the court, fully setting form petitioner's claims and the status of exhaustion of those claims in the state courts.

1

Accordingly, IT IS HEREBY ORDERED that:

1. Petitioner's motion to proceed in forma pauperis, ECF No. 5, is granted.

2. Within 30 days after the filing date of this order petitioner shall complete and file an amended petition for writ of habeas corpus on the form provided herewith.

3. Failure of petitioner to timely file an amended petition will result in the dismissal of this action without prejudice.

4. The Clerk of Court is directed to send petitioner, together with a copy of this order, the form used in this district for filing a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

SO ORDERED.

DATED: August 29, 2019

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE