1

2

3

4

5

6

7

8                           UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    CECIL JEROME HATCHETT,                    No.  2:19-cv-01159 AC P

12                    Petitioner,

13          v.                                  ORDER

14    KEN CLARK,

15                    Respondent.

16

17          Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas

18    corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate

19    Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          On September 24, 2019, the magistrate judge filed findings and recommendations herein

21    which were served on petitioner and which contained notice to petitioner that any objections to

22    the findings and recommendations were to be filed within fourteen days.  Petitioner has filed

23    objections to the findings and recommendations, ECF No. 15, as well as a proposed Second

24    Amended Petition, ECF No. 16.

25          In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a de novo review of this case.  Having carefully reviewed the entire file, the

27    court finds the findings and recommendations to be supported by the record and by proper

28    analysis.

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 24, 2019, are adopted in full;

2. This action is dismissed without prejudice; and

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253.

IT IS SO ORDERED.

Dated:  February 4, 2020

MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE